FILED
December 7, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
  ) Case No. 2:05-cr-441 GEB
            Plaintiff, )
v. ) ORDER FOR RELEASE OF
 ) PERSON IN CUSTODY
Sefra Cann, )
  )
            Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Sefra Cann Case No. 2:05-cr-441 GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    _X_ $25,000 Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    _X_ (Other) PTS conditions/supervision

Issued at Sacramento, CA on December 7, 2005 at 2:38 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge