C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
(916) 442-1924(Fax)

Attorney for Defendant
SEFRA CANN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  CR.S-05-441 GEB |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER |
| vs. | |
| SEFRA CANN, | |
| Defendant. | |

STIPULATION

This matter is currently scheduled for Status Conference and Motion Hearing on March 31, 2006 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr. I have contacted counsel for the United States, AUSA Michelle Rodriguez, and she has agreed, subject to the Court's approval, to vacate the current briefing schedule and court date, set up a new briefing schedule, and have the pending motion heard on April 28, 2006, at 9:00 a.m. in the above courtroom.  The new briefing schedule will be as follows, subject to the court's approval: 1)Defendant's Initial Brief due on March 30, 2006; 2) Government's Brief in Opposition due on April 14, 2006, 3) Defendant's Reply Brief due on April 24, 2006, and 4) Motion Hearing on April 28, 2006, at 9:00 a.m. I have also contacted the Defendant, SEFRA CANN, and she has agreed, subject to the Court's approval, to continue this matter until the above date.

- 1

PDF created with pdfFactory trial version www.pdffactory.com

I was in a four-defendant, first-degree murder trial in state court from February 1, 2006, until March 13, 2006. I then had long-scheduled knee surgery at Kaiser Hospital on March 14, 2006, that left me on medication and somewhat immobile until the present date. I am now back in the office and able to complete my normal duties.

All parties and the Defendant hereby stipulate to a new briefing schedule as outlined above, and a continuance of the Status Conference and Motion Hearing now scheduled for March 31, 2006, at 9:00 a.m., to April 28, 2006, at 9:00 a.m., in the Courtroom of the Honorable Garland E. Burrell, Jr. They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the continuance is necessary for preparation of counsel.

DATED: March 22, 2006
/s/ C. EMMETT MAHLE
C. EMMETT MAHLE
Attorney for Defendant
SEFRA CANN

DATED: March 22, 2006
/s/ C. EMMETT MAHLE for
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

(PROPOSED) ORDER

GOOD CAUSE APPEARING, and by stipulation of counsel and the defendant, the Status Conference and Motion Hearing now scheduled for March 31, 2006, at 9:00 a.m. is hereby continued to April 28, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr. Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

DATED: April 19, 2006

/s/ Garland E. Burrell, Jr.

GARLAND E. BURRELL, JR.
United States District Judge

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com