C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646

Attorney for Defendant
SEFRA CANN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  CR.S-05-441 GEB |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER |
| vs. | |
| SEFRA CANN, | |
| Defendant. | |

STIPULATION

This matter is currently scheduled for Judgment and Sentencing on July 28, 2006, at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.  I have contacted counsel for the United States, AUSA Michelle Rodriguez, and she has agreed, subject to the Court's approval, to continue this matter until August 11, 2006, at 9:00 a.m. I have also contacted the Defendant, Sefra Cann, and she has agreed, subject to the Court's approval, to continue this Matter until the above date.

AUSA Michelle Rodriguez is going to be out of the state on the original sentencing date, and we still have sentencing issues to complete prior to judgment and sentencing taking place.

All parties and the Defendant hereby stipulate to a continuance of the Status Conference now scheduled for July 28, 2006, at 9:00 a.m., to August 11, 2006, at 9:00 a.m. in

- 1

PDF created with pdfFactory trial version www.pdffactory.com

the Courtroom of the Honorable Garland E. Burrell, Jr. They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the continuance is necessary for preparation of counsel.

DATED;  7/26/06                          /s/ C. EMMETT MAHLE
                                                                         C. EMMETT MAHLE
                                                                         Attorney for Defendant
                                                                         SEFRA CANN

DATED:   7/26/06                         /s/ MICHELLE RODRIGUEZ
                                                                         MICHELLE RODRIGUEZ
                                                                         Assistant U.S. Attorney

### (PROPOSED) ORDER

GOOD CAUSE APPEARING, and by stipulation of counsel and the defendant, the Status Conference now scheduled for July 28, 2006, at 9:00 a.m.,  is hereby continued to August 11,2006, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.   Time is excluded through that date pursuant to Local Code T-4.

DATED:  July 27, 2006

                                                       /s/ Garland E. Burrell, Jr.

                                                       GARLAND E. BURRELL, JR.
                                                     United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com