C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646

Attorney for Defendant
SEFRA CANN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SEFRA CANN,<br><br>　　　　Defendant. | Case No.:　CR.S-05-441 GEB<br><br>REQUEST FOR ORDER AND (PROPOSED) ORDER |

REQUEST FOR ORDER

　　　The above defendant, SEFRA CANN, was sentenced in your court on July 28, 2006. The Presentence Investigation Report, on page 12, showed a history of drug abuse in her family. She also had struggled with drug testing during the course of her case. Due to inadvertence on my part, I did not request that the Court recommend the 500 hour drug program while she is in federal custody. I am now, respectfully, requesting that the Court order/recommend the 500 hour federal drug program while my client is in custody. I have contacted Scott Storey, the Federal Probation Officer assigned to this case, and he has no objection to this recommendation. I have also contacted Michelle Rodriguez; the AUSA assigned to this case, and informed her of this request. I do not feel she would have any objection to this request.

- 1

PDF created with pdfFactory trial version www.pdffactory.com

DATED: September 27, 2006            /s/ C. EMMETT MAHLE
                                     C. EMMETT MAHLE
                                     Attorney for Defendant
                                     SEFRA CANN


(PROPOSED) ORDER


GOOD CAUSE APPEARING, It is hereby recommended that defendant Sefra Cann attend the 500 hour federal drug program while she is in the custody of the Federal Bureau of Prisons.

DATED:  September 29, 2006

                                     /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com